# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PAMELA MILLER,**

    **Plaintiff,**

vs.

**FRANKLIN COUNTY CHILDREN'S SERVICES, *ET AL*.,**

    **Defendants.**

Case No.: 2:15-cv-179
JUDGE GEORGE C. SMITH
Magistrate Judge Deavers

## ORDER

On April 25, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the Court dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. (*See Report and Recommendation* Doc. 35). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk shall remove Document 35 from the Court's pending motions list and close this case.

    **IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**